## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Roberta Walker | No.  10-32089 |
| Debtor | Hon.  Jacqueline P. Cox |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on September 28, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                                                                            _____/s/ Ross T. Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Brian P. Deshur and Tom Vaughn on September 28, 2015.

                                                                                            _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Roberta Walker
1352 N. Monitor
Chicago, IL 60651

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Brian P. Deshur
Deshur Law Firm LLC
55 West Monroe St., Suite 3950
Chicago, IL 60603